UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff/Respondent,

                                 CASE NO. 17-20024-06

V.

                                 HONORABLE NANCY G. EDMUNDS

Andrew Allison,

        Defendant/Petitioner.

_____/

## ORDER OF SUBMISSION AND DETERMINATION OF MOTION WITHOUT ORAL HEARING

      On September 26, 2018, Defendant/Petitioner filed a Motion under 28 U.S.C.§ 2255.

      **IT IS ORDERED** that the parties adhere to the following briefing schedule:

      ** Response, including a written brief, must be filed no later than **November 9, 2018.**

      ** Reply brief may be filed by **November 30, 2018.**

      **IT IS ORDERED** that there will be no oral hearing on this motion unless

parties are otherwise notified by the Court.

                        s/ NANCY G. EDMUNDS___
                        NANCY G. EDMUNDS
                        United States District Judge

Dated:  September 27, 2018

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 27, 2018, by electronic and/or ordinary mail.

                        s/Lisa Bartlett

Case Manager