UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                         Criminal No. 17-CR-20024

v.                                     Honorable NANCY EDMUNDS

D-6   ANDREW ALLISON

       Defendants.
_____/

## STIPULATION TO ADJOURN RESPONSE AND REPLY BRIEFING DUE DATES FOR DEFENDANTS MOTION UNDER 28 U.S.C. § 2255

The below signed parties, through their respective counsel, stipulate to adjourning the briefing schedule for 21 days to allow the government time to sufficiently review the record and complete its response and to allow the defendant time to reply. The government's response will be filed no later than **November 30, 2018.** The defendant's reply brief may be filed no later than **December 21, 2018.**

So stipulated.

                                                   Respectfully submitted,

                                                   MATTHEW SCHNEIDER
                                                 *United States Attorney*

1

Date: November 9, 2018                         s/ Rajesh Prasad
                                                                      RAJESH PRASAD, P68519
*Assistant United States Attorney*
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
phone 313-226-0821
Rajesh.Prasad@usdoj.gov

s/with consent of Phillip Comorski
PHILLIP COMORSKI
*Post-Conviction Attorney for D-6*
*ANDREW ALLISON*
1300 Broadway Street, Suite 800
Detroit, Michigan 48226-2319
313-963-5101
comorskiphillip@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Criminal No. 17-CR-20024

v.                                    Honorable NANCY EDMUNDS

D-6   ANDREW ALLISON

       Defendants.
_____/

## ORDER ADJOURNING BRIEFING SCHEDULE

Upon this Court's consideration of the parties' stipulation for an adjournment of the briefing schedule and the Court being apprised of all pertinent circumstances, in the exercise of her discretion, the Court hereby resets dates as follows:

- Response, including a written brief, must be filed no later than November 30, 2018

- Reply brief may be filed by December 21, 2018

**SO ORDERED.**

Dated:  November 9, 2018        s/ Nancy G. Edmunds
                                              HON. NANCY EDMUNDS
                                              United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the notice of Electronic Filing on.

                                            s/Lisa Bartlett
                                            Case Manager